DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0567 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| MIGUEL ANGEL CHAGOLLAN-CISNEROS, | Date: February 20, 2009<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for February 6, 2009, was vacated and the matter continued until February 20, 2009, for further status conference at the request of the defense.

The reason for the continuance was due to the unavailability of defense counsel and to permit further consultation with the defendant concerning certain sentencing factors.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between February 6, 2009 and February 20, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This stipulation is presented belatedly to the court due to the oversight of defense counsel, who was out of the district at the time of the continuance.

**IT IS SO STIPULATED.**

Date:   February 19, 2009        /s/ Daniel McConkie Jr.
                                 DANIEL MCCONKIE JR.
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:   February 19, 2009        DANIEL J. BRODERICK
                                 Federal Defender

                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 MIGUEL ANGEL CHAGOLLAN-CISNEROS


**O R D E R**

**IT IS SO ORDERED.**

Dated:  February 26, 2009


_____
GARLAND E. BURRELL, JR.
United States District Judge


Stipulation and Order              -2-