```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  MIGUEL ANGEL CHAGOLLAN-CISNEROS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0567 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING CASE AND EXCLUDING<br>) TIME |
| MIGUEL ANGEL CHAGOLLAN-<br>CISNEROS, | ) Date:  March 6, 2009<br>) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for March 6, 2009, be vacated and the matter continued until March 13, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to perform some due diligence investigation in light of some new information provided by Mr.

Chagollan.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 6, 2009 and March 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  March 5, 2009      /s/ Daniel McConkie Jr.
                          DANIEL MCCONKIE JR.
                          Assistant United States Attorney
                          Counsel for Plaintiff


Date:  March 5, 2009      DANIEL J. BRODERICK
                          Federal Defender


                           /s/ Jeffrey L. Staniels
                          JEFFREY L. STANIELS
                          Assistant Federal Defender
                          Counsel for Defendant
                          MIGUEL ANGEL CHAGOLLAN-CISNEROS


**O R D E R**

**IT IS SO ORDERED.**

Dated:  March 9, 2009


                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge