DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0567 GEB |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| MIGUEL ANGEL CHAGOLLAN-CISNEROS, | ) ) ) | Date:  March 13, 2009 Time:  9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for March 13, 2009, be vacated and the matter continued until March 27, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to perform some due diligence investigation in light of some new information provided by Mr.

Chagollan.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 13, 2009 and March 27, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**


Date:  March 12, 2009               /s/ Michael D. Anderson
                                    MICHAEL D. ANDERSON
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


Date:  March 12, 2009               DANIEL J. BRODERICK
                                    Federal Defender

                                     /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    MIGUEL ANGEL CHAGOLLAN-CISNEROS


                           **O R D E R**

**IT IS SO ORDERED.**

Dated:  March 13, 2009


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge