DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL ANGEL CHAGOLLAN-CISNEROS, <br><br> Defendant. | No. 2:08-cr-0567 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME <br><br> Date: March 27, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for March 27, 2009, be vacated and the matter continued until April 24, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to complete some due diligence investigation in light of some new information provided by Mr.

Chagollan.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 27, 2009 and April 24, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date: March 26, 2009 /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant United States Attorney
Counsel for Plaintiff

Date: March 26, 2009 DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order -2-