```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  MIGUEL ANGEL CHAGOLLAN-CISNEROS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0567 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER ) CONTINUING CASE AND EXCLUDING ) TIME |
| MIGUEL ANGEL CHAGOLLAN-CISNEROS, | ) Date: April 24, 2009 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie acting for Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for April 24, 2009, be vacated and the matter continued until May 15, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to complete some due diligence

investigation in light of some new information provided by Mr. Chagollan, and further information due to be received in the near future from family members.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between April 24, 2009 and May 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date: April 23, 2009        /s/ Daniel McConkie for
                            MICHAEL D. ANDERSON
                            Assistant United States Attorney
                            Counsel for Plaintiff

Date: April 23, 2009        DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Counsel for Defendant
                            MIGUEL ANGEL CHAGOLLAN-CISNEROS

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge