DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0567 GEB |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| MIGUEL ANGEL CHAGOLLAN-CISNEROS, | Date: May 15, 2009 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie acting for Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for May 15, 2009, be vacated and the matter continued until June 26, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to complete some due diligence

investigation in light of information provided by Mr. Chagollan and his family.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between May 15, 2009 and June 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date: May 14, 2009  /s/ Daniel McConkie for
MICHAEL D. ANDERSON
Assistant United States Attorney
Counsel for Plaintiff

Date: May 14, 2009  DANIEL J. BRODERICK
Federal Defender

 /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order  -2-