DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0567 GEB |
| Plaintiff, | ) ) | AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) ) | |
| MIGUEL ANGEL CHAGOLLAN-CISNEROS, | ) ) ) | Date: June 26, 2009 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie acting for Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for June 26, 2009, be vacated and the matter continued until July 31, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to complete some due diligence

1  investigation in light of information provided by Mr. Chagollan and
2  currently being sought from his family.
3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act be excluded between June 26, 2009 and July 31, 2009, pursuant
5  to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
6      **IT IS SO STIPULATED.**

8  Date:  June 25, 2009           /s/ Daniel McConkie for
                                  MICHAEL D. ANDERSON
9                                 Assistant United States Attorney
                                  Counsel for Plaintiff

11
   Date:  June 25, 2009           DANIEL J. BRODERICK
12                                Federal Defender

                                   /s/ Jeffrey L. Staniels
14                                JEFFREY L. STANIELS
                                  Assistant Federal Defender
15                                Counsel for Defendant
                                  MIGUEL ANGEL CHAGOLLAN-CISNEROS

                          **O R D E R**

19      **IT IS SO ORDERED.**

20  Dated:  June 26, 2009

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation and Order              -2-