DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. 2:08-cr-0567 GEB |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| MIGUEL ANGEL CHAGOLLAN-CISNEROS, Defendant. | Date: July 31, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for July 31, 2009, be vacated and the matter continued until September 14, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to complete ongoing due diligence investigation in light of information provided by Mr. Chagollan and

currently being sought from his family.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between July 31, 2009, and September 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  July 29, 2009        /s/ Michael D. Anderson
                            MICHAEL D. ANDERSON
                            Assistant United States Attorney
                            Counsel for Plaintiff

Date:  July 29, 2009        DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Counsel for Defendant
                            MIGUEL ANGEL CHAGOLLAN-CISNEROS

**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 3, 2009

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

Stipulation and Order        -2-