DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIGUEL ANGEL CHAGOLLAN-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 2:08-cr-0567 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE AND EXCLUDING TIME |
| v. ) | |
| ) | Date: September 25, 2009 |
| MIGUEL ANGEL CHAGOLLAN- ) | Time: 9:00 a.m. |
| CISNEROS, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MIGUEL ANGEL CHAGOLLAN-CISNEROS, that the status conference scheduled for September 25, 2009, be vacated and the matter continued until November 13, 2009, for further status conference at the request of the defense.

An offer for resolution has been made by the government, but defense counsel needs additional time to complete ongoing due diligence investigation in light of information provided by Mr. Chagollan and

1  currently being sought from his family.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act be excluded between September 25, 2009, and November 13,
4  2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
5  **IT IS SO STIPULATED.**

7  Date:  November 12, 2009          /s/ Michael D. Anderson
                                     MICHAEL D. ANDERSON
8                                    Assistant United States Attorney
                                     Counsel for Plaintiff

10 Date:  November 12, 2009          DANIEL J. BRODERICK
11                                   Federal Defender

13                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
14                                   Counsel for Defendant
                                     MIGUEL ANGEL CHAGOLLAN-CISNEROS

**O R D E R**

18  **IT IS SO ORDERED.**

19 Dated:  November 12, 2009

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order                -2-